Todd Steven GLASSEY, Plaintiff–Appellant,

v.

AMANO CORPORATION, Defendant–Appellee,

and

Hudson Venture Partners, L.P. and Jay Goldberg, Defendants–Appellees,

and

The National Institute of Standards and Technologies, Defendant–Appellee,

and

Mark Williams and A. Francis Acker, Defendants–Appellees.

No. 2006–141.

United States Court of Appeals, Federal Circuit.

July 12, 2006.

Todd Steven Glassey, pro se.

## ORDER

Todd Steven Glassey has not responded to the court's June 27, 2006 order concerning transfer.

Accordingly,

IT IS ORDERED THAT:

This case and Glassey's motion for leave to proceed in forma pauperis, correspondence concerning the official caption, informal brief, and all other submissions are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.